| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) |
| vs. | ) **AFFIDAVIT OF SPECIAL** |
| | ) **AGENT SARAH FOREMAN** |
| | ) **IN SUPPORT OF VERIFIED** |
| COLT MODEL: M16A2 MACHINE GUN | ) **COMPLAINT FOR** |
| SERIAL NUMBER 8165186, | ) **FORFEITURE IN REM** |
| Defendants(s). | |

I, Sarah L. Foreman being duly sworn, depose and state as follows:

1) I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since October 2009. Prior to becoming a Special Agent, I obtained a double Bachelor's degree in Business Administration for Management and Marketing with a minor in Psychology (2006) and a Master's degree in Public Administration with emphasis on Criminal Justice (2008).

2) As a Special Agent for the Bureau of ATF, I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Since becoming a Special Agent with the ATF, I have participated in numerous federal, state, and local firearms investigations, to include investigations of firearms traffickers, narcotics trafficking, burglaries of federal firearms licensees, home invasion robberies, armed robberies, retaliatory shootings, carjackings, homicides, felons in possession of firearms and ammunition, and the possession of firearms in furtherance of drug trafficking crimes or other crimes of violence; many of which involved the use of cellular telephones and social media.

3) I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who were directly involved in the matter or have personal knowledge of the facts contained herein. This affidavit does not include all the information known to me regarding this investigation, but only the information necessary to establish probable cause that the seized machine gun, Colt, Model: M16A2, Cal: .223, Serial #: 8165186 is subject to forfeiture to the United States as under Title 18 U.S.C.§924(d) based on violation of Title 18 U.S.C.§922(o).

4) October 22, 2021, ATF SA Foreman was notified that a machine gun needed to be retrieved from Richard Lee HIATT Jr (hereafter referred to as HIATT). HIATT's Federal Firearms License (9-92-020-01-2G-01567) had been revoked and his appeal denied. HIATT possessed a machine gun, Colt, Model: M16A2, Cal: .223, Serial #8165186 (hereafter referred to as the machine gun). The machine gun was registered by Colt on a Form 2 approved on 2/13/1991, making it subject to the possession restrictions under Title 18 U.S.C. §922(o). Hiatt received the machine gun from another FFL, Ernie's Class III Weapons, on a Form 3 approved on 6/15/1998. Due to the FFL revocation, HIATT can no longer legally possess the machine gun; therefore, his possession is in violation of Title 18 U.S.C. §922(o). SA Foreman met HIATT at his residence (Address: 209 E 23rd Ave, Anchorage, AK 99503) to retrieve the machine gun. HIATT provided SA Foreman with the machine gun receiver. SA Foreman and HIATT completed an ATF Form 3400.23 Receipt of Property documenting the transfer.

5) Based upon the forgoing, I believe there is probable cause that the seized machine gun, Colt, Model: M16A2, Cal: .223, Serial #: 8165186 was possessed by HIATT in violation of Title 18 U.S.C.§922(o) upon the revocation of his Federal Firearms License, and is subject to forfeiture to the United States, pursuant to Title 18 U.S.C.§924(d).

I declare that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on February 14, 2022 in Anchorage, Alaska

_____
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to me before this 14th day of February 2022, in Anchorage, Alaska

_____
NOTARY PUBLIC, State of Alaska
My commission expires: w/office

STATE OF ALASKA
NOTARY PUBLIC
Pa Lee
My Commission Expires With Office